THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Richard Allen
 Patterson,        Appellant.
 
 
 

Appeal From Laurens County
John C. Few, Circuit Court Judge

Unpublished Opinion No.
2005-UP-430
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz III, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Richard
Allen Patterson appeals his conviction and sentence of twenty years imprisonment
for first-degree burglary.  He asserts the trial judge erred by informing
him of his right to appeal his conviction and sentence.  Patterson
maintains his guilty plea was conditional, and thus invalid.  After a
thorough review of the record and counsels brief pursuant to Anders v.
California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
406 S.E.2d 357 (1991), we dismiss[1]
Pattersons appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.